

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

September 30, 2020

**VIA ECF and E-MAIL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Both the request to travel and the request to file under seal are GRANTED.  A copy of this endorsement and the unredacted letter will be filed under seal.  The redacted copies will remain accessible on the public docket.
>
> Date: 10/1/2020
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

Re:   United States of America v. Rick Dane, Jr.
      20 Cr. 160-10 (MKV)
      Request to Travel

Dear Judge Vyskocil:

I am the attorney for the defendant in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A.  Mr. Dane was charged by indictment and the Court set certain conditions for his release which included a limitation on his travel.  The defense is writing to request that Mr. Dane be granted permission to travel to Jacksonville, North Carolina from October 4, 2020 to October 7, 2020 to visit his son who is in the Marines.

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
█████████.

If the Court grants the application, the defense proposes that Mr. Dane would drive from New York to Jacksonville, North Carolina on October 4, 2020 and he would stay with family at an Airbnb located at ████████████████████████████████ until he returned by car to New York on October 7, 2020.  I have conferred with Pretrial Officer Vincent Adams and he has no objection to this request to travel.  I have similarly conferred with the Government and the Government has no objection to this request.  ████████ ███████████████████████████████████████████████████████████ the defense respectfully submits this request to publicly file a redacted copy of this letter.

                                      Respectfully submitted,

                                                    /s/

                                      Calvin H. Scholar


cc:     United States Attorney for the
          Southern District of New York

          Mr. Vincent Adams,
          SDNY Pretrial Services