

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

January 29, 2021

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

DENIED. SO ORDERED.

Date: 2/1/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Re:   United States of America v. Rick Dane, Jr.
      20 Cr. 160-10 (MKV)
      Request to Travel

Dear Judge Vyskocil:

    I am the attorney for the defendant in the above-referenced matter. The Court has set certain conditions for Mr. Dane's release which limited his travel. The defense is writing to respectfully request that Mr. Dane be granted permission to travel from February 4, 2021 to drive to Crete, Illinois to see his son for his 18th birthday. It is important to note that Mr. Dane has not been able to visit his son since March of 2020.[1] Mr. Dane would remain at a home in Crete, Illinois for lodging and then return to New York on February 7, 2021. Mr. Dane will adhere to all state and federal COVID-19 guidelines.

    I have conferred with Mr. Dane's Pretrial Services officer and the Government. Pretrial Services and the Government have no objection to Mr. Dane's request to travel. Mr. Dane has complied with all of the conditions of release that have been imposed by the Court in the instant case.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:   United States Attorney for the Southern District of New York

---

[1] The Court granted permission for Mr. Dane to travel to prepare one of his sons for school in August of 2020. This request applies to a different child whom Mr. Dane has not seen since he was arrested in March of 2020.