M Gmail                                                           Kristian Rhein DVM PC <█████@gmail.com>

## Fw: Trainer Advisory: Medication Rules in the Barn Area
2 messages

thuroff █████@comcast.net>                                                    Tue, Apr 10, 2018 at 10:27 AM
To: "█████@gmail.com" █████@gmail.com>

Sent from my Verizon LG Smartphone
------ Original message------From: NYTHA News Date: Sun, Apr 8, 2018 11:01 AMTo: █████@comcast.net;Cc:
Subject:Trainer Advisory: Medication Rules in the Barn Area

Email not displaying correctly?
View it in your browser.

 Kristian Rhein DVM PC ███████ @gmail.com>

## Mar 15 2018 - Invoice # 21276 - NEW FARM
3 messages

███████@gmail.com <███████@gmail.com>  Mon, Apr 9, 2018 at 10:39 PM
To: ███████@comcast.net

The enclosed attachment contains your invoice for Mar 15 2018

Thank you

───

███████@gmail.com <███████@gmail.com>  Mon, Apr 9, 2018 at 10:39 PM
To: ███████@comcast.net

[Quoted text hidden]

📎 Mar15201804 52NEW FARM21276.pdf
   62K

───

thuroff ███████@comcast.net>  Tue, Apr 10, 2018 at 7:27 AM
To: ███████@gmail.com

Not good he's going to b a problem
Call me when free

*Sent from my Verizon LG Smartphone*
[Quoted text hidden]

Apr. 8, 2018

ATTENTION TRAINERS: KNOW THE RULES ABOUT MEDICATION IN THE BARN

New York State Gaming Commission Equine Medical Director Dr. Scott Palmer has issued an advisory on the labeling of prescription medications at New York racetracks. Veterinarians are required to comply with Practice Guidelines specific to the labeling of prescription medications as detailed below. TRAINERS SHOULD BE ADVISED THAT PRESCRIPTION MEDICATIONS THAT ARE NOT PROPERLY LABELED ARE SUBJECT TO CONFISCATION BY THE NYRA SAFETY STEWARD AND/OR REPRESENTATIVES OF THE NYS GAMING COMMISSION.

Prescription medications are ONLY to be administered to the horse for which they were prescribed. If the horse is no longer in your barn, or if the medication is past the expiration date, it should be discarded or is subject to confiscation.

"In addition, it is important for horsemen to understand that dose syringes have a conical tip that cannot accept a hypodermic needle," Dr. Palmer advised. "Any syringe that can accommodate a hypodermic needle, even in the absence of a needle, is by definition a hypodermic syringe, not a dose syringe. Hypodermic syringes are not permitted for possession or use by anyone except a veterinarian licensed to practice at New York's racetracks." (Examples in the photo below).

USAO_20CR160_00086139

Drugs dispensed from a veterinary pharmacy should be labeled with the following information:

1. name, address and telephone number of the facility

2. client's name

3. the species and name, number, or other identifying information for the animal;

4. date dispensed

5. directions for use, including withdrawal time and precautionary information, if applicable

6. the manufacturer's trade name of the drug or the generic name, strength (if more than one dosage form exists), quantity of drug, and the expiration date when established by the manufacturer

7. name of prescribing veterinarian

Dr. Palmer added, "NYTHA members are reminded that the Equine Health and Safety page of the NYSGC website contains important information regarding equine health care and the appropriate use and handling of medication on the backstretch."

https://gaming.ny.gov/horseracing/index.php?ID=1

If you have any questions, please contact Dr. Palmer at (518) 441-7916, Scott.Palmer@gaming.ny.gov, or NYRA Safety Steward Hugh Gallaher, (718) 641-4700. ext. 4270, HGallagher@nyrainc.com.

REMINDER: Horsemen are reminded to check that NYRA credentials – their own and those of their employees – are valid and are worn at all times on the backstretch. A NYRA badge must be presented at the gate when entering the backstretch.

-30-

**Kristian Rhein DVM PC** <​████​@gmail.com>  
To: Kristian Rhein ████@yahoo.com>

Tue, Apr 10, 2018 at 11:19 AM

---------- Forwarded message ----------  
From: thuroff <████@comcast.net>  
Date: Tue, Apr 10, 2018 at 10:27 AM  
Subject: Fw: Trainer Advisory: Medication Rules in the Barn Area  
To: ████@gmail.com <████@gmail.com>

Sent from my Verizon LG Smartphone  
------ Original message------From: NYTHA News Date: Sun, Apr 8, 2018 11:01 AM To: ████@comcast.net;Cc:  
Subject:Trainer Advisory: Medication Rules in the Barn Area

Email not displaying correctly?  
View it in your browser.

Apr. 8, 2018

ATTENTION TRAINERS: KNOW THE RULES ABOUT MEDICATION IN THE BARN

New York State Gaming Commission Equine Medical Director Dr. Scott Palmer has issued an advisory on the labeling of prescription medications at New York racetracks. Veterinarians are required to comply with Practice Guidelines specific to the labeling of prescription medications as detailed below. TRAINERS SHOULD BE ADVISED THAT PRESCRIPTION MEDICATIONS THAT ARE NOT PROPERLY LABELED ARE SUBJECT TO CONFISCATION BY THE NYRA SAFETY STEWARD AND/OR REPRESENTATIVES OF THE NYS GAMING COMMISSION.

Prescription medications are ONLY to be administered to the horse for which they were prescribed. If the horse is no longer in your barn, or if the medication is past the expiration date, it should be discarded or is subject to confiscation.

"In addition, it is important for horsemen to understand that dose syringes have a conical tip that cannot accept a hypodermic needle," Dr. Palmer advised. "Any syringe that can accommodate a hypodermic needle, even in the absence of a needle, is by definition a hypodermic syringe, not a dose syringe. Hypodermic syringes are not permitted for possession or use by anyone except a veterinarian licensed to practice at New York's racetracks." (Examples in

the photo below).

the photo below).

Drugs dispensed from a veterinary pharmacy should be labeled with the following information:

1. name, address and telephone number of the facility

2. client's name

3. the species and name, number, or other identifying information for the animal;

4. date dispensed

5. directions for use, including withdrawal time and precautionary information, if applicable

6. the manufacturer's trade name of the drug or the generic name, strength (if more than one dosage form exists), quantity of drug, and the expiration date when established by the manufacturer

7. name of prescribing veterinarian

Dr. Palmer added, "NYTHA members are reminded that the Equine Health and Safety page of the NYSGC website contains important information regarding equine health care and the appropriate use and handling of medication on the backstretch."

https://gaming.ny.gov/horseracing/index.php?ID=1

If you have any questions, please contact Dr. Palmer at (518) 441-7916, Scott.Palmer@gaming.ny.gov, or NYRA Safety Steward Hugh Gallaher, (718) 641-4700. ext. 4270, HGallagher@nyrainc.com.

REMINDER: Horsemen are reminded to check that NYRA credentials – their own and those of their employees – are valid and are worn at all times on the backstretch. A NYRA badge must be presented at the gate when entering the backstretch.

-30-

Kristian S Rhein DVM PC ███ 3848

USAO_20CR160_00086144