

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2021

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/18/2021
```

Re:   *United States v. Navarro et al.*, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

The Government respectfully writes in response to the Court's directive that the parties confer and propose trial-related deadlines for the defendants proceeding to trial in Group 2: Rick Dane Jr. and Rebecca Linke.  After conferring with counsel for each defendant, the parties jointly propose that the following deadlines be entered after the parties have received a confirmed trial date:

- Expert disclosures – ~~8 weeks before trial~~  January 7, 2022
- Initial production of select 3500 material – ~~5 weeks before trial~~  January 28, 022
- Motions *in limine*, requests to charge, proposed voir dire questions, and jury verdict form – ~~4 weeks before trial~~  February 4, 2022
- Any opposition to motions *in limine* – ~~2 weeks before trial~~  February 14, 2022

The parties are available should the Court have any questions regarding the proposed schedule.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/_____
Andrew C. Adams
Sarah Mortazavi
Assistant United States Attorneys
212-637-2340 / 2520

So Ordered.

Date: Nov. 18, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge