

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

December 17, 2021

**VIA ECF and E-MAIL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/17/2021
```

Re:   United States of America v. Rick Dane, Jr.
      20 Cr. 160-10 (MKV)
      Request to Travel

Dear Judge Vyskocil:

    I am the attorney for the defendant in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A. Mr. Dane was charged by indictment and the Court set certain conditions for his release which limited his travel primarily to the Southern and Eastern Districts of New York. The defense is writing to respectfully request that Mr. Dane be granted permission to travel to Middletown, Ohio from Sunday, December 26, 2021, to Tuesday, December 28, 2021 to attend a Christmas gathering with his family, to include his aunt, uncle, his children and his grandchildren. Mr. Dane would drive to his family's house in Middletown, Ohio on December 26, 2021 and will drive back to New York on December 28, 2021.

    I have conferred with Mr. Dane's Pretrial Services officer and the Government. Pretrial Services and the Government do not oppose this request to travel. Mr. Dane has complied with all of the conditions of release that have been imposed by the Court in the instant case. The Court's time and consideration of this request are greatly appreciated.

Respectfully submitted,

/s/

Calvin H. Scholar

cc: United States Attorney for the
Southern District of New York

Mr. Vincent Adams
SDNY Pretrial Services

**Granted. SO ORDERED.**

Date: Dec. 17, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2