

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022
```

<u>VIA ECF</u>
The Honorable Mary Kay Vyskocil
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Dane*, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

The Government writes on behalf of the Government and defense counsel for Rick Dane, Jr., the defendant in the above-captioned case, to alert the Court that the defendant has accepted a plea offer extended by the Government. Consequently, the parties respectfully request that the Court schedule a change of plea hearing for a date next week; the parties are available any day except Thursday, February 17, 2022. The parties further request that the Court adjourn the deadlines for all trial-related submissions *sine die*, in light of the anticipated change of plea proceeding.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  __/s/_____
Andrew C. Adams
Anden Chow
Sarah Mortazavi
Assistant United States Attorneys
212-637-2340 / 2348 / 2520

---

GRANTED.  The parties shall appear for a change of plea hearing on February 18, 2022 at 1:00 p.m. Provide a copy of the signed plea agreement at least three days before the hearing.

Date: Feb. 11, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge