UNITED STATES DICSTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/22
```

---

UNITED STATES OF AMERICA,                    1:20-CR-0160-10 (MKV)

                -against-                         **ORDER**

RICK DANE, Jr.

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

IT IS HEREBY ORDERED that the sentencing scheduled for June 21st at 11am is adjourned to September 9th at 11am.

IT IS FURTHER ORDERED that defense submissions shall be due August 26th and the Government's response shall be due September 2nd.

**SO ORDERED.**
**Date: June 8, 2022**

                                               */s/ Mary Kay Vyskocil*
                                          HONORABLE MARY KAY VYSKOCIL
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK