# EXHIBIT A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date of Report:** 04-18-22 | | | **Equestology** | | | | | | **Page** 6 |
| **Item:** D: BLEEDING PILLS - PKG OF 30 PILLS | | | WHOGOT REPORT | | | | | | |
| Client | Phone | Patient | Doctor | Qty | Date | Species | Breed | Age | Sex |
| Dane, Rick (1514) | (518) | Barn Supplies | Office | 1 | 07-23-18 | EQUINE | | 11y | |
| Free Sample.. Good Client Feedback | | | | | | | | | |

15 pills 10 hrs out  or stack dayb4 & day of bad bleeder..