# EXHIBIT B

| | | | | Equestology | | | | | Pag 10 |
|---|---|---|---|---|---|---|---|---|---|

Date of Report: 04-18-22  
Item: D: EPM DOUBLE KILL (TORL/DICLACURIL)  
WHOGOT REPORT

| Client | Phone | Patient | Doctor | Qty | Date | Species | Breed | Age | Sex |
|---|---|---|---|---|---|---|---|---|---|
| Dane, Rick (1514) | (518) | Barn Supplies | Office | 2 | 11-02-15 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 4 | 07-23-18 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 4 | 05-22-17 | EQUINE | | 11y | |
| | (518) | Kim Roth | Office | 2 | 05-20-14 | EQUINE | | 8y | |
| | (518) | Barn Supplies | Office | 2 | 09-22-15 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 4 | 08-29-16 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 2 | 12-14-18 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 5 | 05-21-19 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 2 | 09-14-19 | EQUINE | | 11y | |
| | (518) | Barn Supplies | Office | 4 | 05-08-18 | EQUINE | | 11y | |