# EXHIBIT C

**Date of Report:** 04-18-22  
**Item:** D: OXYGENATOR

**Equestology**  
**WHOGOT REPORT**

**Page** 1

| Client | Phone | Patient | Doctor | Qty | Date | Species | Breed | Age | Sex |
|---|---|---|---|---|---|---|---|---|---|
| Dane, Rick (1514) | (518) | Barn Supplies Free Sample.. Good Client Feedback | Office | 1 | 03-27-17 | EQUINE | | 11y | |