# EXHIBIT D

| Date of Report: | 04-18-22 | | Equestology | | | | | | Page2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Item: | D: EQUISAN - PENTOSAN 20ML | | WHOGOT REPORT | | | | | | |

| Client | Phone | Patient | Doctor | Qty | Date | Species | Breed | Age | Sex |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dane, Rick (1514) | (518) | Barn Supplies  Free Sample.. Good Client Feedback | Office | 2 | 11-14-17 | EQUINE | | 11y | |